# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. _____

*In re:* Application Pursuant to
28 U.S.C.§ 1782 of

**FARHAD AZIMA**
5921 Ward Parkway
Kansas City, Missouri 64113

*Petitioner*,

v.

**GLOBAL IMPACT SERVICES**
3010 N Military Trail, Suite 318
Boca Raton, Florida, 33431,

**EITAN ARUSY**
3010 N Military Trail, Suite 318
Boca Raton, Florida, 33431,

and

**TRUIST FINANCIAL CORPORATION**
214 N Tryon Street
Charlotte, NC 28202

*Respondents.*

## PETITIONER'S APPLICATION FOR AN ORDER TO TAKE DISCOVERY
## FROM RESPONDENTS PURSUANT TO 28 U.S.C. § 1782

Pursuant to 28 U.S.C. § 1782 and Fed. Rule of Civ. Proc. 45, Petitioner Farhad Azima ("Azima") respectfully moves for an order directing Global Impact Services ("GIS"), Eitan Arusy ("Arusy"), and Truist Financial Corporation ("Truist") (collectively, the "Respondents") to produce discovery for use in connection with a case pending in the High Court of Justice of

130451247.1

England and Wales (the "UK Court"), that is, *Farhad Azima -v- (1) RAKIA (2) David Neil Gerrard (3) Dechert LLP and (4) James Edward Deniston Buchanan* (Claim Number: HC-2016-002798) (the "UK Proceeding"). Specifically, Mr. Azima seeks an order to allowing him to issues subpoenas for documents from the Respondents and depositions of GIS and Arusy.

As explained in the accompanying memorandum of law and declaration of Dominic Holden, Mr. Azima's application satisfies all four statutory requirements necessary to obtain discovery under Section 1782: "(1) the request must be made 'by a foreign or international tribunal,' or by 'any interested person'; (2) the request must seek evidence, whether it be the 'testimony or statement' of a person or the production of 'a document or other thing'; (3) the evidence must be 'for use in a proceeding in a foreign or international tribunal'; and (4) the person from whom discovery is sought must reside or be found in the district of the district court ruling on the application for assistance." *Victoria, LLC v. Likhtenfeld*, 791 F. App'x 810, 816 (11th Cir. 2019) (cited by *In re England/Bahamas*, No. 20-MC-61696, 2021 WL 3270074, at *2 (S.D. Fla. July 30, 2021)).

Specifically, Mr. Azima is an "interested person" as the plaintiff in the UK Proceeding; Mr. Azima seeks both deposition testimony and production of documents; Mr. Azima seeks this discovery for use in a proceeding pending before a foreign tribunal, the UK Court; and Respondents are found in the Southern District of Florida, as they are a Florida limited liability corporation, the owner and founder of that Florida company, and the bank that the Florida company used, with dozens of branches in the District.

In addition, the four discretionary factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264-65 (2004), all weigh in favor of granting this Application. Respondents are not parties to the proceedings before the UK Court;

the UK Court is not opposed to this form of discovery; Mr. Azima is not concealing an attempt to circumvent the requirements of the UK Court; and the discovery sought is narrowly tailored so as not to be unduly burdensome to Respondents.

Thus, Mr. Azima respectfully requests this Court to enter an Order:

1. Granting Mr. Azima's Application for discovery from Respondents pursuant to 28 U.S.C. § 1782;

2. Authorizing Mr. Azima to take discovery from Respondents relating to the issues identified in his Application, including issuing subpoenas for depositions and the production of documents as described in this application and in the form submitted herewith;

3. Directing Respondents to comply with such subpoenas in accordance with the Federal Rules of Civil Procedure and the Rules of this Court; and

4. Appointing the undersigned to issue, sign and serve such subpoenas upon Respondents.

Respectfully submitted,

Dated: August 8, 2022

s/ Vanessa Singh Johannes
Michael S. Pasano (FBN 475947)
Email: MPasano@carltonfields.com
Vanessa Singh Johannes (FBN 1028744)
E-mail: VJohannes@carltonfields.com
CARLTON FIELDS P.A.
700 N.W. 1st Avenue, Suite 1200, Miami, Florida 33136-4118; Telephone: (305) 530-0050

*/s/ Kirby D. Behre*
Kirby D. Behre (*pro hac vice* to be filed)
MILLER & CHEVALIER CHARTERED
900 16th Street, NW
Washington, D.C. 20006
Telephone: (202) 626-5800
Email: kbehre@milchev.com

*Counsel for Petitioner*