UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 9:22-mc-81229-DMM

*In re:* Application Pursuant to
28 U.S.C.§ 1782 of

FARHAD AZIMA

    Petitioner,

v.

GLOBAL IMPACT SERVICES, LLC,
EITAN ARUSY, & TRUIST FINANCIAL
CORP.

    Respondent.
_____/

## MOTION TO TRANSFER CASE

Petitioner, Farhad Azima ("Azima"), by and through its undersigned counsel, hereby moves to transfer this action to Judge Jose E. Martinez pursuant to 28 U.S.C. §1404. Petitioner has a similar action for discovery in aid of foreign proceedings pursuant to 28 U.S.C. § 1782, based on all of the same background facts and procedural history, pending before Judge Martinez (see case no. 22-mc-20707-JEM). That related case was filed on March 8, 2022 and has had significant briefings and multiple hearings, much of which also relates to this application and proceeding. This matter was docketed as a related case on the civil cover sheet, but was assigned to your Honor. At this time, for efficiency, Petitioner respectfully moves that the case be transferred to Judge Martinez.

Respectfully submitted,

Dated: August 23, 2022

s/ Vanessa Singh Johannes
Michael S. Pasano (FBN 475947)
Email: MPasano@carltonfields.com
Vanessa Singh Johannes (FBN 1028744)
E-mail: VJohannes@carltonfields.com
CARLTON FIELDS P.A.
700 N.W. 1st Avenue, Suite 1200,

130576439.1

        Miami, Florida 33136-4118
        Telephone: (305) 530-0050

        */s/ Kirby D. Behre*
        Kirby D. Behre (*pro hac vice* to be filed)
        MILLER & CHEVALIER CHARTERED
        900 16th Street, NW
        Washington, D.C. 20006
        Telephone: (202) 626-5800
        Email: kbehre@milchev.com

        *Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I CERTIFY THAT, on August 23, 2022, the foregoing was electronically transmitted via CM/ECF and was sent via FedEx to the following recipient:

Global Impact Services, LLC
3010 N. Military Trail, Ste. 318
Boca Raton, Florida 33431

Eitan Arusy
3010 N. Military Trail, Ste. 318
Boca Raton, Florida 33431

Truist Finanical Corporation
214 N. Tyron Street
Charlotte, NC 28202

        s/ Vanessa Singh Johannes
        Vanessa Singh Johannes