UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-mc-81229-MIDDLEBROOKS

FARHAD AZIMA,

    Plaintiff,
v.

GLOBAL IMPACT SERVICES, et al.,

    Defendants.

_____/

### ORDER OF TRANSFER

THIS CAUSE comes before the Court upon Plaintiff's Motion to Transfer, filed on August 23, 2022. (DE 7). Having reviewed the Motion and the record, it appears that good cause exists to transfer this case pursuant to Local Rule 3.8 and Section 2.15.00 of the Court's Internal Operating Procedures due to the lower-numbered case 22-mc-20707-JEM involving subject matter which is a material part of the subject matter of this instant action. Subject to the consent of the Honorable Judge Jose E. Martinez, it is hereby

**ORDERED AND ADJUDGED** that the Motion to Transfer (DE 7) is **GRANTED**. The above-styled matter is transferred to the calendar of the Honorable Judge Jose E. Martinez for all further proceedings.

**SIGNED** at Chambers, in West Palm Beach, Florida, this 23rd day of August, 2022.

Donald M. Middlebrooks
United States District Judge

After reviewing the Court file in the above-numbered cause, the undersigned hereby accepts the transfer of said case. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings hereinafter filed shall bear the following case number 22-mc-81229-MARTINEZ, thereby indicating the Judge to whom all pleadings shall be routed or otherwise brought for attention.

**THE FOREGOING** transfer is herewith accepted this 23rd day of August, 2022.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record