UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case Number: 22-81229-CIV-MARTINEZ-BECERRA

FARHAD AZIMA,

    Petitioner,

v.

GLOBAL IMPACT SERVICES, EITAN ARUSY and TRUIST FINANCIAL CORPORATION,

    Respondents.

_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PRETRIAL PROCEEDINGS

PURSUANT to 28 U.S.C. § 636(b) and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge **Jacqueline Becerra** for a ruling on all pre-trial, non-dispositive matters, and for a Report and Recommendation on all dispositive matters, including any pending motion.

**ORDERED AND ADJUDGED** that it is the responsibility of the parties in this case to indicate the name of the Magistrate Judge on all motions and related papers referred by this order in the case number caption - CASE NO.: 22-81229-CIV-MARTINEZ-BECERRA.

DONE AND ORDERED in Chambers at Miami, Florida, this 24 day of August, 2022.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record