UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**Case Number:  22-81229-MC-MARTINEZ**

In re: Application Pursuant to 28 U.S.C. 1782 of
FARHAD AZIMA,

       Petitioner,

v.

GLOBAL IMPACT SERVICES,
EITAN ARUSY, and
TRUIST FINANCIAL CORPORATION,

       Respondents.

_____/

## ORDER OF TRANSFER

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record.

**GOOD CAUSE** appearing that a transfer of this cause is appropriate, it is:

**ADJUDGED** that the above numbered cause is transferred to the calendar of Judge Becerra for all further proceedings.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __6__ day of March, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

1

After reviewing the Court file in the above numbered cause, the undersigned accepts the transfer of this case. Therefore, it is

**ADJUDGED** that all pleadings filed after this date shall bear the following case number, 22-81229-MC-BECERRA, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _8th_ day of March, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

Copies provided to:
Clerk's Office
All Counsel of Record