IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-mc-81229-JB

*In re:* Application Pursuant to
28 U.S.C.§ 1782 of

FARHAD AZIMA

    *Petitioner,*

v.

GLOBAL IMPACT SERVICES,
EITAN ARUSY, and
TRUIST FINANCIAL CORPORATION,

    *Respondents.*
_____/

## JOINT STATUS REPORT

Pursuant to the Court's Paperless Order on May 2, 2024, *see* ECF No. 22, Petitioner Farhad Azima ("Petitioner") and Respondents Global Impact Services and Eitan Arusy ("Respondents") submit this Joint Status Report.

1. On May 2, 2024, the Court ordered the parties to file a joint status report by Monday, May 13, 2024 regarding the status of the UK Proceeding, *Farhad Azima -v- (1) RAKIA (2) David Neil Gerrard (3) Dechert LLP and (4) James Edward Deniston Buchanan* (Claim Number: HC-2016-002798) pending in the High Court of Justice of England and Wales (the "UK Proceeding").

2. On or about January 17, 2024, Mr. Azima settled the UK Proceeding with Dechert LLP and Neil Gerrard, but the case remained ongoing against James Buchanan and RAKIA.

3. On or about March 8, 2024, Mr. Azima settled the UK Proceeding with James Buchanan. That settlement was recorded in a March 11, 2024 order, which also confirmed that

Mr. Buchanan would not oppose Mr. Azima's application seeking default judgment against RAKIA.

4. Mr. Azima applied for default judgment against RAKIA on March 19, 2024. On March 25, 2024, the UK Court issued an order granting Mr. Azima default judgment against RAKIA. RAKIA has not complied with the UK Court Order.

5. Accordingly, the Parties request that the Court dismiss the petition without prejudice.

Dated: May 13, 2024                                    Respectfully submitted,

/s/ *Vanessa Singh Johannes*
Vanessa Singh Johannes (FBN 1028744)
E-mail: VJohannes@carltonfields.com
CARLTON FIELDS P.A.
700 N.W. 1st Avenue, Suite 1200
Miami, Florida 33136-4118
Telephone: (305) 530-0050

Ian Herbert (admitted *pro hac vice*)
MILLER & CHEVALIER CHARTERED
900 16th Street, NW
Washington, D.C. 20006

*Counsel for Petitioner*


Adam Ryan Smart
BURR , FORMAN LLP
50 North Laura Street
Suite 3000
Jacksonville, FL 32202
Email: asmart@burr.com
Telephone: 904) 232-7200

*Counsel for Global Impact Services and Eitan Arusy*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2024, a true and correct copy of the foregoing document was filed via CM/ECF.

                                                   s/ *Vanessa Singh Johannes*
                                                   Vanessa S. Johannes