**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.   22-mc-81229-JB**

*In re*: Application Pursuant to
28 U.S.C. § 1782 of

FARHAD AZIMA,

      Petitioner,

vs.

GLOBAL IMPACT SERVICES,
*et al.*,

      Respondents.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on the parties' Joint Status Report wherein they request dismissal of this action without prejudice.   ECF No. [23]. Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**.   The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 14th day of May, 2024.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**